UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STUART MILLS DAVENPORT and BIG BEAR CAFÉ, LLC | ) ) ) ) ) | Civil Action No. 16-02445-ABJ |
| PLAINTIFFS | ) ) ) |  |
| v. | ) ) |  |
| BABAK DJOURABCHI and MONICA WELT | ) ) ) ) ) |  |
| DEFENDANTS. | ) ) |  |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 12, 2019 [Dkt. No. 25] referring the above-captioned case to mediation, Plaintiffs Stuart Mills Davenport and Big Bear Café, LLC, and Defendants, Babak Djourabchi and Monica Welt (the "Defendants", and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit this Joint Status Report:

1. On April 30, 2019, the Parties participated in a mediation with Stephen Pollak, Esquire serving as mediator. The mediation was unsuccessful and the Parties wish to proceed with litigation.

2. The Parties agree that Defendants shall file a responsive pleading to the First Amended Complaint [Dkt. No. 9] within fourteen (14) days of submitting this Joint Status Report.

3. Absent other instruction or preference of the Court, the Parties will confer regarding scheduling for this proceeding and any other applicable matters set forth in Local Rule 16.3. In

accordance with Local Rule 16.3(d), the Parties will submit a report to the Court and a proposed scheduling order within fourteen (14) days of submitting this Joint Status Report.

Dated May 13, 2019    Respectfully submitted,

/s/ *Brandon R. Nagy*
*Signed by Richard Goldberg with permission from Brandon R. Nagy*
Michael Tucci, Esquire, DC Bar No. 430470
Brandon R. Nagy, Esquire, DC Bar No. 1024717
STINSON LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006
Tel.: (202) 785-9100
Fax: (202) 572-9950
michael.tucci@stinson.com
brandon.nagy@stinson.com
*Counsel for Plaintiffs*

/s/ *Richard M. Goldberg*
Richard M. Goldberg, DC Bar No. 435487
Anastasia L. McCusker (admitted *pro hac vice*)
SHAPIRO SHER GUINOT & SANDLER
250 West Pratt Street
Suite 2000
Baltimore, MD 21201
Phone: (410) 385-0202
Fax:    (410) 539-7611
rmg@shapirosher.com
alm@shapirosher.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 13, 2019, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

/s/ *Richard M. Goldberg*
Richard M. Goldberg