UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STUART MILLS DAVENPORT<br>and<br>BIG BEAR CAFÉ, LLC<br><br>PLAINTIFFS,<br><br>v.<br><br>BABAK DJOURABCHI<br>and<br>MONICA WELT<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case 1:16-cv-02445-ABJ<br><br>JURY TRIAL<br>DEMANDED |

## ORDER

Pursuant to the Stipulation of Voluntary Dismissal of Plaintiff Big Bear Café, LLC filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

ORDERED, that the claims of Big Bear asserted in the First Amended Complaint [Dkt. 9] are voluntarily dismissed with prejudice. The Clerk of the Court is directed to dismiss Plaintiff Big Bear Café, LLC as a party to this action, and it is further

ORDERED that the agreements and stipulations contained in the Parties' Stipulation of Voluntary Dismissal are hereby incorporated herein and form part of this Order.

_8/27/19_
Date

_Amy B. J._
The Honorable Judge Amy Berman Jackson